**FILED**

JUL 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GREGORY ELLIS
Full name(s)

973409
Prisoner or registration number

P.O. BOX 2222
Street address or postal box number

CARLISLE, IN 47838
City, State and zip code

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

06 1316

Civil Action No. _____
(To be supplied by the Court)

GREGORY ELLIS _____ Plaintiff(s)
Full name(s) (Do not use *et al.*)

v. Alberto Gonzales, U.S. Attorney General
Donald P. Ferguson, Special Agent

Ken Mammoser, Special Agent

O. John Brahos, Immigration Judge _____ Defendant(s).
Full name(s) (Do not use *et al.*)

## MOTION AND AFFIDAVIT FOR LEAVE
## TO PROCEED IN FORMA PAUPERIS

I, GREGORY ELLIS _____, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

**RECEIVED**

JUL 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated: ✓ Yes ___ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration: <u>WABASH VALLEY CORR. FACILITY</u>

2. Are you currently employed? ___ Yes ✓ No

   a. If the answer is "Yes" state the amount of your pay per month: _____

   b. If the answer is "No" state the date of your last employment, the amount of your take home salary or wages and pay period, and the name and address of your last employer.

   N/A

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment: ___ Yes ✓ No

   b. Rent payments, interest or dividends: ___ Yes ✓ No

   c. Pensions, annuities or life insurance payments: ___ Yes ✓ No

   d. Disability or workers compensation payments: ___ Yes ✓ No

   e. Gifts or inheritances: ✓ Yes ___ No

   f. Any other sources: ___ Yes ✓ No

   If the answer to any of the above is "Yes," describe by that item each source of money and state the amount received and what you expect you will continue to receive. Attach an additional sheet if necessary. — $40 - $50 MONTHLY FROM FAMILY AND/OR FRIENDS.

4. Do you have cash or checking or savings accounts? ___ Yes ✓ No

   If "Yes," state the total amount of funds on deposit: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, jewelry,

automobiles or other valuable property? _____ Yes __✓__ No

If "Yes" describe the property and state its value: _____

_____

_____

6. Do you have any other assets? _____ Yes __✓__ No

If "Yes" list the asset(s) and state the value of each asset listed: _____

_____

_____

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support: _____ N/A _____

_____

_____

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

I declare under penalty of perjury that the above information is true and correct.

_6-26-05_    _Dwaine Gregory Ellis_
DATE         ORIGINAL SIGNATURE OF APPLICANT

## CERTIFICATE

I certify that the applicant named herein has the sum of $ __50__ on account to his credit at __Wabash Valley Correctional Facility__, the institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __N/A__ _____ I further certify that during the last six months the applicant's average balance in his trust fund account was $ __40.00__.

_____B. Gilmore, CWM_____
Authorized Officer of Institution