# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DUAINE GREGORY ELLIS, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 1:06CV1316(EGS) |
| Office of the United States Attorney General, *et al.,* | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather and Special Assistant United States Attorney Sherease Louis as counsel for Defendants in the above-captioned action.

Respectfully submitted,

  /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

   / s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Room E4821
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2007, I caused the foregoing Notice of Appearance to be filed via the Court's Electronic Case Filing system, and served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

DUAINE GREGORY ELLIS
R#973409
WABASH VALLEY CORRECTIONAL FACILITY
P.O. Box 2222
Carlisle, IN 47838

       /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114