UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUAINE GREGORY ELLIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF THE UNITED STATES )<br>ATTORNEY GENERAL, et al., )<br>)<br>Defendants. )<br>) | Case Number: 1:06CV1316(EGS) |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b)(2), Defendants Office of the United States Attorney General, et al., through undersigned counsel, hereby request that the Court grant Defendants a 30-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due June 28, 2007. Defendants' answer currently is due May 29, 2007. Although Local Rule 7(m) does not require counsel to confer with pro se plaintiffs, counsel for Defendants intended to contact Plaintiff in an effort to obtain Plaintiff's position on this motion. However, Defendants were unable to locate a phone number for Plaintiff.

In support of this motion, Defendants state as follows:

This is an immigration case, arising out of deportation proceedings involving Plaintiff Duaine Gregory Ellis. Plaintiff filed a complaint in July 2006. The United States Attorney was served with a copy of the complaint March 27, 2007, making Defendants' answer due May 29, 2007.

Defendants wish to answer Plaintiff's Complaint expeditiously. However, to prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with

components of the Department of Homeland Security concerning Plaintiff's factual allegations and the facts that support any defense Defendants may raise. The undersigned have not yet received the factual information necessary to prepare that responsive pleading. Accordingly, counsel for Defendants needs additional time to complete that factual investigation and review of the record, and to prepare Defendants' responsive pleading.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: May 24, 2007

Respectfully submitted,

   /s/ Jeffrey A. Taylor  by MJ
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/ Rudolph Contreras by MJ
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


   /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

   /s/ Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W., Room E4821
Washington, D.C.  20530
Phone: (202) 307-0895
Fax: (202) 514-8780
Sherease.Louis@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2007, I caused the foregoing Motion for Extension of Time to be filed via the Court's Electronic Case Filing system and served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

DUAINE GREGORY ELLIS
R#973409
WABASH VALLEY CORRECTIONAL FACILITY
P.O. Box 2222
Carlisle, IN 47838

         /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
|                                          |                                |
| DUAINE GREGORY ELLIS,                    | )                              |
|                                          | )                              |
| Plaintiff,                               | )                              |
|                                          | )                              |
| v.                                       | ) Case Number: 1:06CV1316(EGS) |
|                                          | )                              |
| OFFICE OF THE UNITED STATES              | )                              |
| ATTORNEY GENERAL, <u>et al.</u>,         | )                              |
|                                          | )                              |
| Defendants.                              | )                              |
|                                          | )                              |
_____

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by June 28, 2007.

SO ORDERED.

                                                                                         _____
                                                                                         United States District Judge