UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DUAINE GREGORY ELLIS, )
)
Plaintiff, )
)
v. ) Case Number: 1:06 CV 1316 (EGS)
)
OFFICE OF THE UNITED STATES )
ATTORNEY GENERAL, *et al.,* )
)
Defendants. )
)

**ORDER**

Upon consideration of Defendants' Motion to Dismiss, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion to Dismiss be and is hereby GRANTED.

SO ORDERED.

_____
United States District Judge