**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


DUAINE GREGORY ELLIS,          )
                                     )
                Plaintiff,     )
                                     )
        v.                )      Civil Action No. 06-1316 (EGS)
                                     )
OFFICE OF THE U.S.            )
ATTORNEY GENERAL, *et al.*,     )
                                     )
             Defendants.   )


**DISMISSAL  ORDER**

Defendants filed a motion to dismiss on June 28, 2007.  On June 29, 2007, the Court issued an Order regarding plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court.  The Order advised plaintiff that, if he failed to file an opposition to the motion by July 27, 2007, the Court would treat the motion as conceded.  To date, plaintiff has filed neither an opposition nor a request for additional time to do so.

Accordingly, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #9] is GRANTED as conceded. This civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.


Signed:       EMMET G. SULLIVAN
                   United States District Judge

Dated:        August 2, 2007